# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**BENNY WILLYERD**                                                             **PLAINTIFF**

V.                  **CASE NO. 3:16-CV-00006 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
Social Security Administration                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 23rd day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE